1  AMID T. BAHADORI (SBN 242351)
   BRYAN M. THOMAS (SBN 238409)
2  **BAHADORI & THOMAS, LLP**
   2 Park Plaza, Suite 450
3  Irvine, CA 92614
   Tel: (949) 954-8164
4  Fax: (949) 954-8163
   ATB@Bahadorilaw.com
5  BMT@Bahadorilaw.com

6  Attorneys for Plaintiff, DANIEL ELLERMAN

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2013

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

7

8          **UNITED STATES DISTRICT COURT**
           **CENTRAL DISTRICT OF CALIFORNIA**
9

10 DANIEL ELLERMAN,                    )  CASE NO:
11                                     )  SACV13-1329 ODW (Ex)
           Plaintiff                   )
12                                     )  **COMPLAINT FOR VIOLATIONS**
      vs.                              )  **OF THE FAIR CREDIT**
13                                     )  **REPORTING ACT**
   KEY BANK, N.A.; and Does 1 through  )
14 10                                  )
15                                     )
16 _____Defendants.              )
                                       )
17                                     )           CY FAX
18                                     )
19                                     )
20                                     )
21                                     )

22                 **Preliminary Statement**

23 1. This is an action for damages brought by an individual consumer against the
24
25 Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§
26 1681, *et seq.*, as *amended*.
27
28

AMID T. BAHADORI (SBN 242351)
BRYAN M. THOMAS (SBN 238409)
**BAHADORI & THOMAS, LLP**
2 Park Plaza, Suite 450
Irvine, CA 92614
Tel: (949) 954-8164
Fax: (949) 954-8163
ATB@Bahadorilaw.com
BMT@Bahadorilaw.com

Attorneys for Plaintiff, DANIEL ELLERMAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ELLERMAN, | ) CASE NO: |
| | ) |
| Plaintiff | ) |
| vs. | ) **COMPLAINT FOR VIOLATIONS** |
| | ) **OF THE FAIR CREDIT** |
| KEY BANK, N.A.; and Does 1 through | ) **REPORTING ACT** |
| 10 | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

### Preliminary Statement

1. This is an action for damages brought by an individual consumer against the

Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§

1681, *et seq.*, as *amended*.

**Jurisdiction and Venue**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

**Parties**

4. Plaintiff is an adult individual who resides in California.

5. Defendant Key Bank, N.A. ("Key Bank") is a national banking association that regularly conducts business in the Central District of California.

**Factual Allegations**

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's credit history to third parties ("inaccurate information")from at least May 2013 through present. The inaccurate information includes a debt owed for a motorboat loan that was already satisfied per agreement with Defendant.

7. The inaccurate information negatively reflects upon the Plaintiff, Plaintiff's credit repayment history, Plaintiff's financial responsibility as a debtor and Plaintiff's creditworthiness. The inaccurate information consists of a public record that does not belong to the Plaintiff, and that actually belong to at least one other consumer. Due to Defendant's faulty procedures, Defendant provided Plaintiff with a pay-off amount for said loan and Plaintiff did in fact make payment in the

sum stated by Defendant.  Defendant cashed the check (attached hereto as "Exhibit 1") paid by Plaintiff as the final pay-off amount, as indicated on the cashed check.

8. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate credit information to the consumer credit bureaus that it has disseminated to various persons and credit grantors, both known and unknown. Defendant has repeatedly reported and disseminated to the consumer credit bureaus from at least May 2013 through the present.

9. Plaintiff's credit report has been obtained and has been reviewed by prospective and existing credit grantors and extenders of credit, and the inaccurate information has been a substantial factor in precluding Plaintiff from receiving different credit offers and opportunities, known and unknown.

10. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of credit denial or loss of credit opportunity, credit defamation and emotional distress, including anxiety, frustration, embarrassment and, humiliation. Furthermore, Defendant retains title to the subject personal property even though it has cashed the pay-off check.

11. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

12. At all times pertinent hereto, the conduct of the Defendant, as well as that of its agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal law and the rights of the Plaintiff herein.

## FIRST CAUSE OF ACTION

### Violations of the FCRA

### (Against All Defendants)

13. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

14. At all times pertinent hereto, Defendant was a "person" as those terms are defined by 15 U.S.C. § 1681a(b) and (f).

15. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

16. At all times pertinent hereto, the above-mentioned credit reports were "consumer reports" as that term is defined by 15 U.S.C. § 1681a(d).

17. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681, Defendant is liable to the Plaintiff for willfully and negligently failing to provide accurate credit information to consumer reporting agencies pursuant to 15 U.S.C. § 1681e(b).

**Jury Trial Demanded**

18.  Plaintiff demands trial by jury.

**Prayer for Relief**

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

(a) Statutory damages;

(b) Actual damages;

(c) Punitive damages;

(d) That title to the subject personal property be transferred to Plaintiff;

(e) Costs and reasonable attorney's fees; and

(f) Other and further relief as may be just and proper.

Dated: August 14, 2013                    **BAHADORI & THOMAS, LLP**

By: _____

AMID T. BAHADORI
BRYAN M. THOMAS
Attorneys for Plaintiff