Jason H. Wilson (Bar No. 140269)
Eileen M. Ahern (Bar No. 216822)
eahern@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
KEYBANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ELLERMAN,<br><br>               Plaintiff,<br><br>v.<br><br>KEYBANK, N.A.; AND DOES 1<br>through 10,<br><br>               Defendants. | Case No.: SACV13-1329 ODW (Ex)<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to Hon. Otis D. Wright, II |

130981.1

1  Defendant KeyBank, N.A. (hereinafter "KeyBank") hereby reports that

2  plaintiff Daniel Ellerman and KeyBank have settled this case.

3  The parties have agreed upon terms that shall be memorialized in a written

4  settlement agreement, and a request for dismissal shall be filed shortly pursuant to

5  its terms.

6  Respectfully submitted,

7  Dated:  December 2, 2013          WILLENKEN WILSON LOH &
8                                    DELGADO LLP

9
10  By: */s/ Eileen M. Ahern*_____
        Eileen M. Ahern
11      Attorneys for Defendant
        KEYBANK, N.A.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

130981.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this Case.

Dated:  December 2, 2013          WILLENKEN WILSON LOH & DELGADO LLP


By: */s/ Eileen M. Ahern*_____
        Eileen M. Ahern
        Attorneys for Defendant
        KEYBANK, N.A.