# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ELLERMAN,<br><br>　　　　　　Plaintiff,<br>　　v.<br>KEYBANK, N.A.; and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. 8:13-cv-01329-ODW (Ex)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the parties' representations in the filed Notice of Settlement, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing no later than **Monday, January 6, 2014**, why settlement has not been finalized. No hearing will be held on this matter. All other dates are **VACATED** and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

December 2, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**