# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ELLERMAN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KEYBANK, N.A.; and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. 8:13-cv-01329-ODW (Ex)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE SETTLEMENT** |

Based on the parties' representations, the Court hereby **CONTINUES** the December 2, 2013 Order to Show Cause regarding settlement **until Monday, January 13, 2014**. The Court will grant no further extensions of time. The Order to Show Cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

January 6, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE